[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10361
_____

D.C. Docket No. 9:07-cv-81170-PCH


CLEARPLAY, INC.,
a Utah corporation,

Plaintiff-Counter
Defendant-Appellant,

versus

NISSIM CORP.,
a Florida corporation,

Defendant-Counter
Claimant-Appellee,

MAX ABECASSIS,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 14, 2012)

Before HULL and FAY, Circuit Judges, and GOLDBERG,[*] Judge.

PER CURIAM:

After full review and oral argument, we conclude that Plaintiff-Appellant ClearPlay, Inc. has demonstrated no reversible error in the district court's orders, dated September 2, 2011 and December 21, 2011, granting summary judgment to Defendants-Appellees Nissim Corp. and Max Abecassis.

**AFFIRMED.**

_____

[*]Honorable Richard W. Goldberg, United States Court of International Trade Judge, sitting by designation.